IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:07CR3047 |
| | ) | |
| DANIEL CLEARY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Mr. Cleary's Unopposed Motion to Review Detention and Request for Hearing (Filing No. 77). The Court finds said motion should be granted. Accordingly,

IT IS THEREFORE ORDERED that the United States Marshal's Office shall release Mr. Cleary from custody at 9:00 a.m. on November 21, 2011. Mr. Cleary shall be released to a member of the Federal Public Defender's office for transportation directly to Cornhusker Place. He shall reside at Cornhusker Place and follow all rules of said program. Mr. Cleary shall immediately report to the United States Probation Office in Lincoln, Nebraska upon his successful discharge from Cornhusker Place. If the defendant is discharged from the facility for any reason or if he leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer are authorized to take the defendant into custody and detain him pending a prompt hearing before the court.

All other conditions of Mr. Cleary's supervised release, not inconsistent with this Order, shall remain in force and effect.

November 15, 2011                                BY THE COURT:

                                                 _____
_____                   United States Magistrate Judge